# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

MORESTEAM.COM, LLC,

        Plaintiff,

        v.                                Case No. 05-C-0324(E)

T-LOGIC, INC.,
TEJ MARIYAPPA,

        Defendants.

---

This action came before the court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

(A) Defendants Tej Mariyappa and T-Logic, its officers, directors, agents, servants, employees, licensees, successors, assigns and all those controlled by it, or in active concert or participation with them are permanently enjoined from reproducing or preparing derivative works from the Registered Work, or manufacturing, distributing, selling, offering to sell, advertising, promoting or displaying, or otherwise using in any way without consent of MoreSteam.com's Registered Work, Reg. No. VA-284-316 entitled Moresteam.com web page.

(B) Defendants Tej Mariyappa and T-Logic shall deliver to MoreSteam.com LLC for destruction all products or articles of merchandise, displays, advertisements, packaging, brochures, order forms, price lists, catalogs, or any other materials in its possession or control or in the possession or control of its agents, that infringe MoreSteam.com's copyrights in the Registered Work.

(C) Defendants Tej Mariyappa and T-Logic shall remove from any Internet site all products or articles of merchandise, displays, advertisements, packaging, brochures, order forms, price lists, catalogs, or any other materials depicted thereon that infringe MoreSteam.com LLC's copyright in the Registered Work or bear the MoreSteam.com Mark.

(D) Defendants Tej Mariyappa and T-Logic shall recall from all distributors, wholesalers, jobbers, dealers, retailers and all others known to T-Logic, any originals, copies, facsimiles or duplicates of any Infringing Works bearing the MoreSteam.com LLC Mark.

(E) Defendants Tej Mariyappa and T-Logic and all persons acting in concert with them are permanently enjoined from passing off any of its products or services as originating with or sponsored by Morestream.com.

(F) MoreSteam.com LLC is entitled to damages and attorney fees in accordance with 15 U.S.C. § 1117.

(G) Tej Mariyappa and T-Logic shall file with the court and serve upon MoreSteam.com LLC, within 30 days after of this Judgment and order, a report in writing under oath setting forth in detail the manner and form in which T-Logic has complied with the court's Judgment and order.

(H) T-Logic shall account for and pay over to MoreSteam.com LLC all actual damages suffered by MoreSteam.com; all gains, profits and advantages derived by T-Logic and T-Logic's acts of infringement of MoreSteam.com's copyrights and unfair competition.

APPROVED: s/ C. N. CLEVERT, JR.
C. N. CLEVERT, JR.
U. S. District Judge

SOFRON B. NEDILSKY
Clerk

9/26/2005
Date

s/ M. JONES
(By) Deputy Clerk